WILLIAMS et al. v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. March 8, 1915.) No. 4272. Appeal from the District Court of the United States for the Eastern District of Oklahoma; Ralph E. Campbell, Judge. Napoleon B. Maxey, of Muskogee, Okl., for appellants. W. P. Z. German, Sp. Asst. U. S. Atty., of Muskogee, Okl. (D. H. Linebaugh, U. S. Atty., of Muskogee, Okl., on the brief), for the United States. Before ADAMS and CARLAND, Circuit Judges and AMIDON, District Judge.

AMIDON, District Judge. This is a suit brought by the United States to cancel a power of attorney executed by a full-blood Choctaw Indian. The power of attorney is identical, in its provisions and the persons named as agents, with the instrument that was involved in Williams v. White et al., 218 Fed. 797, 134 C. C. A. 485, decided by this court November 10, 1914. The trial court held the instrument to be void. The decision is affirmed on the authority of the case referred to.